NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HIGHMARK, INC.,**
*Plaintiff-Appellee,*

v.

**ALLCARE HEALTH MANAGEMENT SYSTEMS, INC.,**
*Defendant-Appellant.*

---

2011-1219

---

Appeal from the United States District Court for the Northern District of Texas in case no. 03-CV-1384, Judge Terry Means.

---

## ON MOTION

---

## ORDER

Allcare Health Management Systems, Inc. moves for a 40-day extension of time, until June 6, 2011, to file its principal brief. Highmark, Inc. opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**APR 2 0 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Cynthia E. Kernick, Esq.
     Dan S. Boyd, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

APR 2 0 2011

**JAN HORBALY**
**CLERK**